UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Renee Harris Allen, et al.
                    Plaintiff,
v.                                             Case No.: 1:19–cv–03376
                                               Honorable Thomas M. Durkin
John Horne, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2019:

   MINUTE entry before the Honorable Thomas M. Durkin:Defendants' unopposed motion to reassign case based on relatedness [20] is granted. This Court will recommend to the Executive Committee that case 19 C 5315, pending before Judge Norgle, be reassigned to this Court's calendar as related to this action. No appearance is required on 12/19/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.