# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RENEE HARRIS ALLEN, and RICHARD ALLEN, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOHN HORNE and NEW PRIME, INC., | ) ) ) |
| Defendants. | ) |

Case No. 1:19-cv-03376

Hon. Thomas M. Durkin

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Renee Harris Allen and Richard Allen, Jr. and Defendants John Horne and New Prime, Inc. (collectively, the "Parties"), hereby stipulate to the dismissal with prejudice of all of Plaintiffs' claims against Defendants.

The Parties are each responsible for their own fees and costs related to these dismissed claims and this lawsuit.

Dated: March 16, 2021         Respectfully Submitted,

By: /s/ *John Bickley (with consent)*
John Bickley
Vrdolyak Law Group
100 N, Riverside, Suite 2400
Chicago, IL 60606
Phone: (312) 482-8200 Ext. 408
jbickley@vrdolyak.com

*Attorney for Plaintiffs*

By: /s/ *Richard E. Nowak*
Michael A. Olsen
Richard E. Nowak
Geoffrey M. Pipoly
Lucy L. Holifield
Mayer Brown LLP
71 South Wacker Drive

1

Chicago, Illinois 60606
(312) 701-8809
molsen@mayerbrown.com
rnowak@mayerbrown.com
gpipoly@mayerbrown.com
lholifield@mayerbrown.com

*Attorney for Defendants John Horne and New Prime, Inc.*

2